IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY LYNN DAVIS, | ) | 4:07CV3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DONALD SCHWARTZ, JOAN SCHWARTZ, NATHANIEL SCHWARTZ, Kansas City, MO Area, CONNIE MILLER, Nebraska HHS Seward, NE office, STEPHANIE DREIER, Nebraska HHS Wahoo, NE office, UNITED STATES GOVERNMENT, STACY L. PARR, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, STATE OF NEBRASKA, ALLEN GLESS, Judge, and SHARON ADAMS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff filed a motion for leave to proceed in forma pauperis. (Filing No. 3.) Upon review of Plaintiff's application, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

Leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

September 27, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge