IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY LYNN DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD SCHWARTZ, JOAN SCHWARTZ, NATHANIEL SCHWARTZ, Kansas City, MO Area, CONNIE MILLER, Nebraska HHS Seward, NE office, STEPHANIE DREIER, Nebraska HHS Wahoo, NE office, UNITED STATES GOVERNMENT, STACY L. PARR, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, STATE OF NEBRASKA, ALLEN GLESS, Judge, and SHARON ADAMS, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff Larry Lynn Davis' motion to dismiss. (Filing No. 8.) The motion is granted pursuant to Federal Rule of Civil Procedure 41 and the plaintiff's Complaint and this action are dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. The plaintiff's Motion to Dismiss (Filing No. 8) is granted.

2. The plaintiff's Complaint and this action are dismissed without prejudice.

3. A separate judgment will be entered in accordance with this memorandum and order.

September 27, 2007.          BY THE COURT:

                             s/ Joseph F. Bataillon
                             Chief United States District Judge